# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LATERRAL ENGLAND, in her capacity of administrator of the ESTATE OF TERRY THURMOND, deceased; CRYSTEN JACKSON, as next of kin and natural guardian of the minor children of decedent; and NIYAH THURMOND,<br><br>   Plaintiffs,<br><br>              v.<br><br>CLAYTON COUNTY, GEORGIA; CORRECTHEALTH CLAYTON, LLC; MILLENIA MEDICAL SERVICES, INC.; LEVON ALLEN, in his official capacity; DIONTE MCCAULEY, in his individual and official capacity; FRED DENSON, in his individual and official capacity; RANDY GADDY, in his individual and official capacity;  DERRICK DOYLE, in his individual and official capacity; ELLONTE JOHNSON; DANILO JONES, in his individual and official capacity; TAMEIKA SMITH, in her individual and official capacity; JESSICA CASTELLANOS; PETER LONGONJE; DOES 1-10,<br><br>   Defendants. | CIVIL ACTION FILE NO: 1:23-CV-05443-MHC |

**JOINT MOTION TO STAY DISCOVERY AND RULE 26 DEADLINES**

COME NOW the parties in the above-captioned action, by and through their undersigned counsel of record, and hereby jointly move to stay discovery and suspend the initial deadlines for the Rule 26(c) planning conference, initial disclosures, and joint preliminary report and discovery plan, showing this Honorable Court as follows:

1.

Plaintiffs filed their Complaint on or about November 28, 2023 (Doc. 1).

2.

Defendants CorrectHealth Clayton, LLC, Peter Longonje were served and filed their respective answers on December 21, 2023 (Docs. 9 and 10); Defendants Millenia Medical Services, Inc. and Jessica Castellanos waived service (Doc. 17) and filed a consent motion to allow them to answer or otherwise respond to Plaintiffs' Complaint by March 6, 2024.

3.

Defendants Clayton County and Dionte McCauley have waived service and have not yet entered an appearance, with their answer or other responsive pleading due by March 5, 2024. Plaintiffs are attempting to

obtain waivers or acknowledgements of service, or otherwise perfect service upon Defendants Fred Denson, Randy Gaddy, Derrick Doyle, Ellonte Johnson, Danilo Jones, and Tameika Smith; as such, these Defendants have not been served or entered an appearance into the case.

4.

The discovery period is presently scheduled to commence on January 26, 2024, and the deadline for the parties to file their initial disclosures and joint preliminary report and discovery plan (the "initial deadlines") is presently January 26, 2024.

Counsel for the parties who have made an appearance in this case to date have discussed and agree that discovery and the initial deadlines should be stayed to allow sufficient time for the remaining Defendants to appear and for their counsel to participate in the planning conference.

WHEREFORE, the parties respectfully request that the Honorable Court stay discovery and suspend the initial deadlines, with the parties to conduct the Rule 26(f) conference by March 22, 2024, with discovery commencing on April 5, 2024; and the Parties' initial disclosures and the joint preliminary planning report also due on April 5, 2024.

Respectfully submitted this 18th day of January 2024.


/s/ Isaac Tekie
Thomas E. Reynolds, Jr.
Georgia Bar No. 778864
Isaac Tekie
Georgia Bar No. 558190
*Attorneys for Plaintiffs*

**REYNOLDS LAW GROUP, LLC**
Lenox Towers
3390 Peachtree Road, NE
Suite 1100
Atlanta, Georgia 30326
Telephone: (888) 665-0241
Facsimile: (888) 677-1453
treynolds@thomasreynoldslaw.com
itekie@thomasreynoldslaw.com

/s/ Chelsea N. Murphy
Chelsea N. Murphy
Georgia Bar No. 919109
Thomas E. Lavendar, III
Georgia Bar No. 43989
*Attorneys for Defendants CorrectHealth Clayton, LLC*
*and Peter Longonje*

**LAVENDER HOFFMAN, LLC**
945 East Paces Ferry Road, NE
Suite 2000 Atlanta, GA 30326
(404) 400-4500 (phone and fax)
ted.lavender@lhalawyers.com
chelsea.murphy@lhalawyers.com

<u>/s/ Brynda Rodgriquez Insley</u>
Brynda Rodriguez Insley
Georgia Bar No. 611435
Leeann Jones
Georgia Bar No. 402440
Jennifer L. Clark
Georgia Bar No. 391855
*Attorneys for Defendants Jessica Castellanos*
*and Millenia Medical Services, Inc.*


**TAYLOR ENGLISH DUMA, LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
770-434-6868- Telephone
770-434-7376- Facsimile
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that I have this date electronically filed the foregoing **JOINT MOTION TO STAY DISCOVERY AND DEADLINES** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record who have registered with CM/ECF and made an appearance in this action.

This 18th day of January 2024.

/s Issac Tekie
Thomas E. Reynolds, Jr.
Georgia Bar No. 778864
Isaac Tekie
Georgia Bar No. 558190
*Attorneys for Plaintiffs*

**REYNOLDS LAW GROUP, LLC**
Lenox Towers
3390 Peachtree Road, NE
Suite 1100
Atlanta, Georgia 30326
Telephone: (888) 665-0241
Facsimile: (888) 677-1453
treynolds@thomasreynoldslaw.com
itekie@thomasreynoldslaw.com