# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

LATERRAL ENGLAND, in her capacity of administrator of the ESTATE OF TERRY THURMOND, deceased; CRYSTEN JACKSON, as next of kin and natural guardian of the minor children of decedent; and NIYAH THURMOND,

    Plaintiffs,

v.

CLAYTON COUNTY, GEORGIA; CORRECTHEALTH CLAYTON, LLC; MILLENIA MEDICAL SERVICES, INC.; LEVON ALLEN, in his official capacity; DIONTE MCCAULEY, in his individual and official capacity; FRED DENSON, in his individual and official capacity; RANDY GADDY, in his individual and official capacity; DERRICK DOYLE, in his individual and official capacity; ELLONTE JOHNSON; DANILO JONES, in his individual and official capacity; TAMEIKA SMITH, in her individual and official capacity; JESSICA CASTELLANOS; PETER LONGONJE; DOES 1-10,

    Defendants.

CIVIL ACTION FILE NO. 1:23-cv-05443-MHC

# CONSENT ORDER STAYING DISCOVERY AND SUSPENDING INITIAL RULE 26 DEADLINES

Counsel for the parties having consented hereto and for good cause shown, it is hereby **ORDERED and ADJUDGED** that the initial deadlines are suspended as follows:

a. The parties shall conduct the Rule 26(f) Conference by March 22, 2024;

b. Discovery shall commence on April 5, 2024;

c. The Parties' initial disclosures and the joint preliminary report shall be due on April 5, 2024.

So ordered, this 19th day of January, 2024.

_____
HONORABLE MARK H. COHEN
Judge, United States District Court
Northern District of Georgia
Atlanta Division

**PREPARED BY:**

| | |
|---|---|
| /s/ Isaac Tekie<br>Thomas E. Reynolds, Jr.<br>Georgia Bar No. 778864<br>Isaac Tekie<br>Georgia Bar No. 558190<br>*Attorneys for Plaintiffs* | **REYNOLDS LAW GROUP, LLC**<br>Lenox Towers<br>3390 Peachtree Road, NE<br>Suite 1100<br>Atlanta, Georgia 30326<br>Telephone: (888) 665-0241<br>Facsimile: (888) 677-1453<br>treynolds@thomasreynoldslaw.com<br>itekie@thomasreynoldslaw.com |

**CONSENTED TO BY:**

| | |
|---|---|
| /s/ Chelsea N. Murphy<br>Chelsea N. Murphy<br>Georgia Bar No. 919109<br>Thomas E. Lavendar, III<br>Georgia Bar No. 43989<br>*Attorneys for Defendants CorrectHealth Clayton, LLC and Peter Longonje* | **LAVENDER HOFFMAN, LLC**<br>945 East Paces Ferry Road, NE<br>Suite 2000 Atlanta, GA 30326<br>(404) 400-4500 (phone and fax)<br>ted.lavender@lhalawyers.com<br>chelsea.murphy@lhalawyers.com |
| /s/ Brynda Rodriguez Insley<br>Brynda Rodriguez Insley<br>Georgia Bar No. 611435<br>Leeann Jones<br>Georgia Bar No. 402440<br>Jennifer L. Clark<br>Georgia Bar No. 391855<br>*Attorneys for Defendants Jessica Castellanos and Millenia Medical Services, Inc.* | **TAYLOR ENGLISH DUMA, LLP**<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta, Georgia 30339<br>770-434-6868- Telephone<br>770-434-7376- Facsimile<br>binsley@taylorenglish.com<br>ljones@taylorenglish.com<br>jclark@taylorenglish.com |